## FEDERAL TRADE COMMISSION, Plaintiff–Counter Defendant–Appellant,

v.

## WATSON PHARMACEUTICALS, INC., Solvay Pharmaceuticals, Inc., Defendants–Appellees,

PAR Pharmaceutical Companies, Inc., Paddock Laboratories, Inc., Defendants–Counter Claimants–Appellees.

No. 10–12729.

United States Court of Appeals, Eleventh Circuit.

Sept. 9, 2013.

Imad Dean Abyad, Bradley S. Albert, John F. Daly, Markus H. Meier, John R. Robertson, Mark J. Woodward, Federal Trade Commission Office of General Counsel, Mark S. Hegedus, Lore A. Unt, WA, DC, Cindy A. Liebes, Federal Trade Commission, Atlanta, GA, for Plaintiff–Counter Defendant–Appellant.

Jason W. Eakes, David A. Rabin, Morris Manning & Martin, LLP, Atlanta, GA, Maria A. Raptis, New York, NY, Steven Craig Sunshine, Julia K. York, Skadden Arps Slate Meagher & Flom, LLP, WA, DC, Jeffrey I. Weinberger, Los Angeles, CA, Rohit K. Singla, Munger Tolles & Olsen, LLP, San Francisco, CA, Teresa Bonder, Matthew Kent, Alston & Bird, LLP, Atlanta, GA, John Roberti, Rebecca Valentine, Mayer Brown, LLP, WA, DC, for Defendants–Appellees.

J. Mark Gidley, Eric Grannon, White & Case LLP DC, WA, DC, Mark Gerald Trigg, Greenberg Traurig, LLP, Atlanta, GA, for Defendants–Counter Claimants–Appellees.

Appeal from the United States District Court for the Northern District of Georgia. D.C. Docket No. 1:09–cv–00955–TWT.

Before CARNES, Chief Judge, KRAVITCH and FARRIS,* Circuit Judges.

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

The district court's judgment, which was entered on April 21, 2010, is VACATED, and this case is REMANDED for further proceedings consistent with the Supreme Court's opinion in *F.T.C. v. Actavis, Inc.,* — U.S. ——, 133 S.Ct. 2223, 186 L.Ed.2d 343 (2013).